IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-34-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | O R D E R |
| | ) | |
| v. | ) | |
| | ) | |
| LAND ROVER VEHICLES, | ) | |
| SPECIFICALLY DESCRIBED AS: | ) | |
| A 1988 LAND ROVER | ) | |
| VIN: SALLDHAB7BA324873; | ) | |
| A 1984 LAND ROVER | ) | |
| VIN: SALLDVAB7AA291556; | ) | |
| A 1984 LAND ROVER | ) | |
| VIN: SALLDVAB7AA275624; | ) | |
| A 1985 LAND ROVER | ) | |
| VIN: SALLDVAD7AA281708; | ) | |
| A 1987 LAND ROVER | ) | |
| VIN: SALLDHMB7EA324692; | ) | |
| A 1983 LAND ROVER | ) | |
| VIN: SALLDHAG7AA193948; | ) | |
| A 1986 LAND ROVER | ) | |
| VIN: SALLDHAD7BA260816; | ) | |
| A 2000 LAND ROVER | ) | |
| VIN: SALLDHAG7AA193941; | ) | |
| A 1986 LAND ROVER | ) | |
| VIN: SALLDHHB7BA285727; | ) | |
| A 1986 LAND ROVER | ) | |
| VIN: SALLDVAV7AA295261; | ) | |
| A 1986 LAND ROVER | ) | |
| VIN: SALLDVAB7AA310895; | ) | |
| A 1987 LAND ROVER | ) | |
| VIN: SALLDHMB7BA300302; | ) | |
| A 1987 LAND ROVER | ) | |
| VIN: SALLDHMV7EA336425; | ) | |
| A 2000 LAND ROVER | ) | |
| VIN: SALLDHAG7AA189401; | ) | |
| A 1987 LAND ROVER | ) | |
| VIN: SALLDHMB7EA322818; | ) | |
| A 1987 LAND ROVER | ) | |

1

| | |
|---|---|
| VIN: SALLDHMB7EA327618; | ) |
| A 2000 LAND ROVER | ) |
| VIN: SALLDHMH7AA184735; | ) |
| A 1985 LAND ROVER | ) |
| VIN: SALLDHMC7BA258911; | ) |
| A 1985 LAND ROVER | ) |
| VIN: SALLDHMB7BA275080; | ) |
| A 2000 LAND ROVER | ) |
| VIN: SALLDHHV1AA199927; | ) |
| A 1985 LAND ROVER | ) |
| VIN: SALLDHAV7BA246833; | ) |
| A 1984 LAND ROVER | ) |
| VIN: SALLDVAC8AA264271; | ) |
| A 1984 LAND ROVER | ) |
| VIN: SALLDVAD7AA253941; | ) |
| A 1985 LAND ROVER | ) |
| VIN: SALLDVAC7AA229260; | ) |
| A 1984 LAND ROVER | ) |
| VIN: SALLDVAC7AA247548; | ) |
| A 1985 LAND ROVER | ) |
| VIN: SALLDHAD7BA248040; | ) |
| A 1984 LAND ROVER | ) |
| VIN: SALLDVAH7AA235483; | ) |
| A 1985 LAND ROVER | ) |
| VIN: SALLDHHV7BA241033; | ) |
| A 1985 LAND ROVER | ) |
| VIN: SALLDHMVBA236398; | ) |
| A 1984 LAND ROVER | ) |
| VIN: SALLDVAB7AA275628; | ) |
| A 1987 LAND ROVER | ) |
| VIN: SALLDHMV7BA301364; | ) |
| A 1987 LAND ROVER | ) |
| VIN: SALLDHMV7EA323114; | ) |
| A 1987 LAND ROVER | ) |
| VIN: SALLDHMV7BA313116; | ) |
| A 1987 LAND ROVER | ) |
| VIN: SALLDHMB7EA318298; | ) |
| A 1987 LAND ROVER | ) |
| VIN: SALLDHMB7EA317320; | ) |
| A 1985 LAND ROVER | ) |
| VIN: SALLDHMV7BA308663; | ) |
| A 1986 LAND ROVER | ) |
| VIN: SALLDHMB7BA283341; | ) |
| A 1984 LAND ROVER | ) |
| VIN: SALLDVAB7AA293453; | ) |

| | |
|---|---|
| A 1984 LAND ROVER | ) |
| VIN: SALLDVAC7AA244441; | ) |
| A 2000 LAND ROVER | ) |
| VIN: SALLDHAG777197707 | ) |
| AND ANY AND ALL ATTACHMENTS | ) |
| THEREON; AND ANY AND ALL | ) |
| PROCEEDS FROM THE SALE OF SAID | ) |
| PROPERTY, | ) |
| | ) |
| Defendants. | ) |

Upon consideration of the verified Amended Complaint for Forfeiture In Rem filed April __, 2014, I am satisfied that the facts contained therein establish probable cause for the seizure of the defendants for forfeiture pursuant to 19 U.S.C. § 1595a(c)(2)(A). It is, therefore,

ORDERED that the Warrant of Arrest and Notice In Rem issue regarding the defendants. The issuance of the Warrant does not alter the burden on the United States to establish by a preponderance of the evidence that the defendants are subject to forfeiture nor, having established that, the burden on any claimant of the property to demonstrate by a preponderance of

3

the evidence any affirmative defense provided by the applicable statute.

SO ORDERED.

This ___ day of _____, 2014.

```
                              _____
                              JAMES C. FOX
                              SENIOR UNITED STATES DISTRICT JUDGE
```