| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **WARRANT OF ARREST AND** |
| ) | **NOTICE IN REM** |
| LAND ROVER VEHICLES, ) | |
| SPECIFICALLY DESCRIBED AS: ) | |
| A 1988 LAND ROVER ) | |
| VIN: SALLDHAB7BA324873; ) | |
| A 1984 LAND ROVER ) | |
| VIN: SALLDVAB7AA291556; ) | |
| A 1984 LAND ROVER ) | |
| VIN: SALLDVAB7AA275624; ) | |
| A 1985 LAND ROVER ) | |
| VIN: SALLDVAD7AA281708; ) | |
| A 1987 LAND ROVER ) | |
| VIN: SALLDHMB7EA324692; ) | |
| A 1983 LAND ROVER ) | |
| VIN: SALLDHAG7AA193948; ) | |
| A 1986 LAND ROVER ) | |
| VIN: SALLDHAD7BA260816; ) | |
| A 2000 LAND ROVER ) | |
| VIN: SALLDHAG7AA193941; ) | |
| A 1986 LAND ROVER ) | |
| VIN: SALLDHHB7BA285727; ) | |
| A 1986 LAND ROVER ) | |
| VIN: SALLDVAV7AA295261; ) | |
| A 1986 LAND ROVER ) | |
| VIN: SALLDVAB7AA310895; ) | |
| A 1987 LAND ROVER ) | |
| VIN: SALLDHMB7BA300302; ) | |
| A 1987 LAND ROVER ) | |
| VIN: SALLDHMV7EA336425; ) | |
| A 2000 LAND ROVER ) | |
| VIN: SALLDHAG7AA189401; ) | |
| A 1987 LAND ROVER ) | |
| VIN: SALLDHMB7EA322818; ) | |
| A 1987 LAND ROVER ) | |
| VIN: SALLDHMB7EA327618; ) | |

1

A 2000 LAND ROVER                )
VIN: SALLDHMH7AA184735;          )
A 1985 LAND ROVER                )
VIN: SALLDHMC7BA258911;          )
A 1985 LAND ROVER                )
VIN: SALLDHMB7BA275080;          )
A 2000 LAND ROVER                )
VIN: SALLDHHV1AA199927;          )
A 1985 LAND ROVER                )
VIN: SALLDHAV7BA246833;          )
A 1984 LAND ROVER                )
VIN: SALLDVAC8AA264271;          )
A 1984 LAND ROVER                )
VIN: SALLDVAD7AA253941;          )
A 1985 LAND ROVER                )
VIN: SALLDVAC7AA229260;          )
A 1984 LAND ROVER                )
VIN: SALLDVAC7AA247548;          )
A 1985 LAND ROVER                )
VIN: SALLDHAD7BA248040;          )
A 1984 LAND ROVER                )
VIN: SALLDVAH7AA235483;          )
A 1985 LAND ROVER                )
VIN: SALLDHHV7BA241033;          )
A 1985 LAND ROVER                )
VIN: SALLDHMVBA236398;           )
A 1984 LAND ROVER                )
VIN: SALLDVAB7AA275628;          )
A 1987 LAND ROVER                )
VIN: SALLDHMV7BA301364;          )
A 1987 LAND ROVER                )
VIN: SALLDHMV7EA323114;          )
A 1987 LAND ROVER                )
VIN: SALLDHMV7BA313116;          )
A 1987 LAND ROVER                )
VIN: SALLDHMB7EA318298;          )
A 1987 LAND ROVER                )
VIN: SALLDHMB7EA317320;          )
A 1985 LAND ROVER                )
VIN: SALLDHMV7BA308663;          )
A 1986 LAND ROVER                )
VIN: SALLDHMB7BA283341;          )
A 1984 LAND ROVER                )
VIN: SALLDVAB7AA293453;          )

```
A 1984 LAND ROVER              )
VIN: SALLDVAC7AA244441;        )
A 2000 LAND ROVER              )
VIN: SALLDHAG777197707,        )
AND ANY AND ALL ATTACHMENTS    )
THEREON; AND ANY AND ALL       )
PROCEEDS FROM THE SALE OF SAID )
PROPERTY,                      )
                               )
        Defendants.            )
```

TO: THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY INVESTIGATIONS FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WHEREAS, a Second Amended Complaint for Forfeiture in rem as above-styled was filed on the 24th day of April, 2014, by the United States Attorney for the Eastern District of North Carolina, against the defendants and for the reasons stated in the Amended Complaint for Forfeiture in rem.

NOW, THEREFORE, for the aforementioned reasons and praying for process of the Warrant of Arrest of said property in that behalf to be had and that all persons having right, title, or interest therein may be cited to appear and answer all matters therein propounded, that this Court will order and decree the condemnation and forfeiture of said property.

YOU ARE, THEREFORE, hereby commanded to arrest, attach, and retain the above-described property until the further order of this Court respecting the same; to give due notice to all persons claiming the same, knowing or having anything to say why the same should not be condemned and disposed of pursuant to the

3

prayer of the Complaint, that they must file their claims to the property within thirty-five (35) days after the earlier of (a) the date this Warrant of Arrest and Notice In Rem is sent, as defined by Supplemental Rule G(4)(b)(iv) or (b) from completed publication of the notice of filing of the Complaint, if required, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, and shall serve and file their answers within twenty-one (21) days after the filing of the claim, with the Office of the Clerk, United States District Court, Eastern District of North Carolina, 310 New Bern Avenue, P.O. Box 25670, Raleigh, North Carolina 27601-1481, with a copy thereof sent to Assistant U. S. Attorney, Stephen A. West, 310 New Bern Avenue, Federal Building, Suite 800, Raleigh, North Carolina 27601-1461. The claim must, at a minimum, identify the specific property claimed, identify the claimant and state the claimant's interest in the property, and be signed by the claimant under penalty of perjury, as provided by Supplemental Rule G(5).

This the 19th day of May, 2014.

JULIE A. RICHARDS, CLERK

DEPUTY CLERK

DATE NOTICE SENT:

4