IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-34-F

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>LAND ROVER VEHICLES, )<br>SPECIFICALLY DESCRIBED AS: )<br>A 1988 LAND ROVER )<br>VIN: SALLDHAB7BA324873, et al., )<br>)<br>)<br>)<br>Defendants. ) | **ORDER** |

This matter is before the court on the Government's Motion for Extension of Time to Effect Service [DE-12].[1]

It appears that the motion was filed in response to the Notice to Plaintiff of Failure to Make Service Within 120 Days [DE-11]. This notice, which states that Rule 4(m) of the Federal Rules of Civil Procedure applies to this action, was sent in error. The Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions applies to this action, and accordingly, the motion for extension of time is DENIED as moot. The Government shall make service within the time provided by the Supplemental Rules.

---

[1] The motion erroneously states that it is the Government's second motion for extension of time. It is in fact the Government's first motion.

SO ORDERED.

This the 30th day of May, 2014.

                                    James C. Fox
                                    Senior United States District Judge