IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-34-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MOTION TO UNSEAL CIVIL** |
| ) | **FORFEITURE CASE** |
| LAND ROVER VEHICLES, ) | |
| SPECIFICALLY DESCRIBED AS: ) | |
| A 1988 LAND ROVER ) | |
| VIN: SALLDHAB7BA324873; ) | |
| Et Al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff, the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully requests that this Court unseal the instant civil forfeiture case and in support of this Motion says that the reasons set forth in the Motion to Seal filed on January 24, 2014 have been accomplished and there are currently no reasons for this case to continue to be sealed. The defendant property has been seized by the United States and the investigation has proceeded to the point that sealing is no longer necessary.

ACCORDINGLY, plaintiff respectfully requests that the Court unseal the instant civil forfeiture case.

1

Respectfully submitted this 16th day of July, 2014.

>THOMAS G. WALKER
>United States Attorney
>
>BY: /s/ Stephen A. West
>STEPHEN A. WEST
>Assistant United States Attorney
>Attorney for Plaintiff
>Civil Division
>310 New Bern Avenue
>Federal Building, Suite 800
>Raleigh, N. C. 27601-1461
>Telephone: (919) 856-4530
>Facsimile: (919) 856-4821
>E-mail: steve.west@usdoj.gov
>NC State Bar No. 12586

2