IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-34-F

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| LAND ROVER VEHICLES, SPECIFICALLY DESCRIBED AS: A 1988 LAND ROVER VIN: SALLDHAB7BA324873; Et Al., | ) ) ) ) ) ) |
| Defendants. | ) ) |

On the Motion of the United States and for good cause shown, it is hereby ORDERED that the instant civil forfeiture case be unsealed.

SO ORDERED. This 17 day of July, 2014.

_____
JAMES C. FOX
Senior United States District Judge