# Chris & Carolyn Benway
57 Grand Oak Rd Forestdale MA, 02644  508-725-4692

**FILED**

JUL 2 1 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK



July 15, 2014

United States District Court
Eastern District of North Carolina
310 New Bern Avenue
P.O. Box 25670
Raleigh, North Carolina, 27601-1481

cc: Assistant U.S. Attorney Stephen A. West

To Whom It May Concern:

Let this notice serve as claim to property seized by the Department of Homeland Security on July 15, 2014. The property in question is a blue 1984 Land Rover Defender registered to Chris J. and Carolyn J. Benway. This vehicle was purchased in good faith from Aaron Richardet at Patterson Auto Sales of Wilmington, N.C. on March 5, 2010. We cooperated fully with the forfeiture of the vehicle and will continue to cooperate. However, I do not believe this vehicle was imported illegally due to it's being over 25 years old at time of purchase and we have not seen any evidence of VIN tampering on the vehicle. Enclosed is a copy of the original purchase paperwork.

Vin: SALLDVAC7AA247548.

FPF No.  20140401000025901

Incident No.  201452008705601

Investigative Case No.  B008FE13W10001

The original purchase price for the vehicle is $11,100 and I have receipts for parts and service performed on this vehicle totaling $23,607.74. Copies of parts and service invoices can be provided upon request. Please inform us of the disposition of this vehicle as it becomes available. We look forward to hearing from you.

Contact; Chris at chrisjbenway@gmail.com  508-725-4692 and  Carolyn at cbenway1@gmail.com 508-801-6549

Signed under penalty of perjury, as provided by Supplemental Rule G(5).

Sincerely,

C. Benway

Chris J. Benway
Carolyn J. Benway

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS.                                             July 15, 2014

On this 15 day of July, 2014, before me, the undersigned notary public, personally appeared Christopher J. Benway and Carolyn J. Benway, who proved to me through satisfactory evidence, which was his/her Massachusetts driver's license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for the stated purpose.

_____
Notary Public
My Commission expires:

2

# BILL OF SALE

Date __3/5/2010__
Stock No. __P247548__

**Seller:**

**Patterson Auto Sales, Inc.**
7235 Market Street
Wilmington, NC 28411
Phone: 910-392-3576  Fax: 910-395-0947

**Purchaser Information**
Buyer(s): Christopher J Benway
Street: 57 Grand Oak Road
City: Forestdale  State: MA  Zip: 02644
Home Phone: (508) 477-6762
Work Phone:

## Vehicle Information

| Year | Make | Model | Serial No. | Mileage | Color |
|---|---|---|---|---|---|
| 1984 | LANDROVER | Defender | SALLDVAC7AA247548 | 94,200 | Blue |

## Purchase Information

| | | | |
|---|---|---|---|
| Cash Price | 11,099.00 | VSI | n.a. |
| Total Trade Allowance | n.a. | Documentation Fee | n.a. |
| Taxable Amount | $11,099.00 | Total Price | $11,100.00 |
| Tax Rate | n.a. | Trade-In Payoff Amount | n.a. |
| Taxes | n.a. | Net Trade Allowance | n.a. |
| Sub Total | $11,099.00 | Cash Down Payment | n.a. |
| License and Registration Fees | $1.00 | Rebates | n.a. |
| Electronic Registration and Titling | n.a. | Total Down Payment | n.a. |
| Accessories | n.a. | **Amount Financed** | **$11,100.00** |
| Miscellaneous | n.a. | | |
| Service Contract | n.a. | | |
| GAP | n.a. | | |
| Accident and Health Insurance | n.a. | | |
| Credit Life Insurance | n.a. | Salesman: | |

## Lien

Name: Navy Federal Credit Union
Street Address: PO Box 25109
City: Lehigh Valley  State: PA  Zip: 18003
Phone:

## Trade-In

Year:  Make:  Model:
Body:  Color:  Mileage:
VIN:
Gross Allowance: n.a.  Payoff Amt: n.a.  Net Trade: n.a.
Payoff Payable To:

## Tag

Tag#:
Sticker#:
Exp. Date:

## Insurance

Agent:  Ins. Phone:
Ins. Co.: Progressive  Pol. #: 47561187-2
Address: PO Box 31260 Tampa, FL 33631

---

Purchaser agrees that this Order includes all of the terms and conditions on both the face and reverse side hereof, that the Order cancels and supersedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of the agreement relating to the to the subject matters covered hereby, and that THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY DEALER OR HIS AUTORIZED REPRESENTATIVE AND IN THE EVENT OF A TIME SALE, DEALER SHALL NOT BE OBLIGATED TO SELL UNTIL APPROVAL OF THE TERMS HEREOF IS GIVEN BY A BANK OR FINANCE COMPANY WILLING TO PURCHASE A RETAIL INSTALLMENT CONTRACT BETWEEN THE PARTIES HERETO BASED ON SUCH TERMS. Purchaser by his execution of this Order certifies that he is 18 years of age or older and acknowledges that he has read its terms and conditions and has received a true copy of this order. Seller may retain a portion of the above amount.

**THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISION IN THE CONTRACT OF SALE.**

The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the

BUYER HEREBY ACKNOWLEDGES THE RECEIPT OF A COPY OF THIS BUYER'S ORDER AND INVOICE.

BUYER'S SIGNATURE  3/5/2010
COBUYER'S SIGNATURE  3/5/2010
 3/5/2010