IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-34-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LAND ROVER VEHICLES, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the claimants' Motion to Allow Supplement [DE-106]. In its order of May 5, 2015 [DE-123], the court addressed the issues at the heart of the Motion to Allow Supplement. To reiterate, the parties were ordered to file a proposed joint scheduling order by May 19, 2015. The proposed joint scheduling order would allow for a limited discovery window to resolve certain discovery matters related to the resolution of the government's Cross-Motion for Summary Judgment [DE-62]. At the close of discovery, the claimants would then have thirty (30) days to supplement their responses to the government's cross-motion for summary judgment. The government would then have fifteen (15) days from the filing of the claimants' supplements to supplement its reply. Because the court's order of May 5, 2015 [DE-123] resolves the request in the claimants' Motion to Allow Supplement [DE-106], the claimants' motion is DENIED AS MOOT.

SO ORDERED.

This, the 7 day of May, 2015.

                                                             *James C. Fox*
                                                             JAMES C. FOX
                                                             Senior United States District Judge