IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-34-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LAND ROVER VEHICLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on a Joint Motion for Scheduling Order and for Court-Hosted Settlement Conference [DE-126]. In their motion, the parties indicate that discovery will take up to twelve months to complete. The extended time is necessary because the claimants and their expert need to examine each of the twenty-four seized vehicles, which are stored at twenty-two different locations across the country. The parties further state that, due to the costs and expense of litigation and the desire to resolve this matter without litigation, a court-hosted settlement may be helpful towards resolving this matter.

For good cause shown, the Joint Motion for Scheduling Order and for Court-Hosted Settlement Conference [DE-126] is ALLOWED. It is ORDERED that the parties have twelve months from the date this order is entered to complete discovery. It is further ORDERED that United States Magistrate Judge Robert B. Jones, Jr., is hereby APPOINTED settlement master. The parties are DIRECTED to consult with Magistrate Judge Jones and schedule a settlement conference to occur **on or before July 17, 2015**. The settlement conference shall be conducted pursuant to the provisions of Local Alternative Dispute Resolution Rule 101.2, EDNC.

Because the time for discovery is lengthy and because that discovery will affect various motions pending before the court, the court DISMISSES WITHOUT PREJUDICE to renew the following motions: the government's Cross Motion for Summary Judgment [DE-62], and all of the Motions to Strike [DE-71, -72, -82, -83, -89, -100, -101, -104] filed by the claimants.

SO ORDERED.

This, the 14th day of May, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge